DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MAIA T. PEREZ (MABN 672328)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    maia.perez@gmail.com

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-316 BLF |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| ANDREW STEELE FLINDERS, | |
| Defendant. | |

On October 5, 2020, defendant Andrew Steele Flinders was charged by Indictment with violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) (Possession with Intent to Distribute 50 Grams and More of Methamphetamine Actual); 18 U.S.C. § 924(c)(1)(A) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime); and 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

This matter came before the Court on October 5, 2020, for a detention hearing. The defendant was present and represented by Jay Rorty. Assistant United States Attorney Maia Perez appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required and clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion:  (1) the seriousness of the defendant's criminal history, which includes multi-year prison sentences for three prior drug felonies, an enhancement for possessing drugs for sale while on bail or recognizance, and a felony for failure to appear; (2) there is evidence that the defendant has been selling drugs on social media; (3) there is evidence that the defendant is a member or affiliate of the Seven Trees Crips gang; (4) the defendant's possession of two firearms, one loaded, kept in the same box with a large quantity of narcotics, including nearly one kilo of heroin, a half-kilo of cocaine, 175g of actual methamphetamine, and 961 fentanyl pills at the defendant's home; (5) the presence of a minor child in the defendant's home and the child's potential access to certain narcotics; (6) the defendant's possession of over $30,000 in cash in his home, despite having no stable employment history; (7) the defendant's possession of a storage unit where he kept three additional firearms, over 370 rounds of ammunition, body armor, and multiple fake identification cards with his image and false names.  These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: October 8, 2020

_____
HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge